WILLIAM BRYSON DAVIS v. TOM B. SUMMITT AND
ST. PAUL FIRE & MARINE INSURANCE COMPANY.

(Filed 6 March 1963.)

**Master and Servant § 63—**

Evidence that claimant received an injury while attempting, alone, to elevate and hold a 175 pound cabinet in place while another workman secured it to the wall, and that three men were usually assigned to the installation of such cabinets on the construction job, *is held* sufficient to sustain a finding that claimant suffered a compensable injury by accident arising out of and in the course of his employment.

APPEAL by defendants from *McConnell, S.J.,* November, 1962 Civil Term, GASTON Superior Court.

This proceeding originated as a compensation claim filed before the North Carolina Industrial Commission to recover temporary total and permanent partial disability benefits for injury sustained in an industrial accident.

The evidence tended to show, and the Hearing Commissioner found that three men were usually assigned to the installation of cabinets on the employer's construction jobs. On the occasion of claimant's injury, he and one fellow employee (Adams) were given the assignment. A base cabinet had been installed. "Adams got up on the bottom cabinet while the plaintiff stood on the floor; both were handling the cabinet—approximately six and one-half feet long, forty-two inches tall, and weighed approximately 175 pounds." The claimant alone was attempting to hold the cabinet in place while Adams secured it to the wall. According to plaintiff's testimony, corroborated by Adams, the claimant suffered injury in attempting to elevate and hold the cabinet in place — a task usually assigned to two men. His medical testimony supported the claim of injury.

The Hearing Commissioner, the Full Commission, and the Superior Court approved the findings of fact and sustained the award of compensation. The defendants appealed.

*Whitener & Mitchem, by Basil Whitener, by Wade W. Mitchem, for defendants, appellants.*
*No counsel contra.*

PER CURIAM. The jurisdictional facts, including the average weekly wage, were stipulated. The evidence was sufficient to permit the finding that claimant suffered a compensable injury by accident arising out of and in the course of his employment. The defendants' objections go to the weight of the evidence rather than to its competency. The weight was for the Commission. The judgment awarding compensation is
Affirmed.